# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

# JUDGMENT IN A CIVIL CASE

**John Jay Humphrey**

    vs.                      **CASE NUMBER: 08-CV-877 (NPM/DEP)**

**IRS**

**DECISION BY COURT:** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

The court finds that it lacks subject matter jurisdiction over this matter. Plaintiff's Complaint is hereby DISMISSED without leave to replead. Plaintiff's Motion for Leave to Proceed in forma pauperis application is DENIED AS MOOT.

All of the above pursuant to the order of the Honorable Senior Judge Neal P. McCurn, dated the 26th day of November, 2008.

DATED: December 1, 2008

                                                     Clerk of Court

                                                     s/

                                                     Joanne Bleskoski
                                                    Deputy Clerk